UNITED STATES DISTRICT COURT<br>
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCRUSHR INC., <br><br> Plaintiff, <br><br> v. <br><br> CONSENSYS INC., CONSENSYS FUND I, L.P., CONSENSYS DILIGENCE, INC., CONSENSYS GP I, LLC, AND CONSENSYS VENTURES LLC, <br><br> Defendants. | Case No. 1:20-cv-03134 |

<b><u>NOTICE OF APPEARANCE</u></b>

Please enter my appearance as counsel for Plaintiff, BlockCrushr Inc., in this action. I certify that I am admitted to practice before this Court.

Dated:  July 15, 2020
        New York, NY

/s/ *Warren Li*
Warren Li
ROCHE CYRULNIK FREEDMAN LLP
99 Park Avenue, Suite 1910
New York, NY 10016
Tel: (646) 930-4498
Fax: (646) 392-8842
wli@rcfllp.com

*Attorney for Plaintiff*