UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCRUSHR INC., <br><br> *Plaintiff*, <br><br> v. <br><br> CONSENSYS INC., CONSENSYS FUND I, L.P., CONSENSYS DILIGENCE, INC., CONSENSYS GP I, LLC, AND CONSENSYS VENTURES LLC, <br><br> *Defendants*. | No. 20 Civ. 03134 (FB-RLM) <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, an attorney admitted to practice before this Court, appears in the above-captioned action as counsel for Defendants ConsenSys Inc., ConsenSys Fund I, L.P., ConsenSys Diligence, Inc., ConsenSys GP I, LLC, and ConsenSys Ventures LLC, and respectfully requests that copies of all papers in this action be served upon the undersigned at the address set forth below.

Dated:   New York, New York
            August 5, 2020

Respectfully submitted,

　　　　/s/
Tibor L. Nagy, Jr.
DONTZIN NAGY & FLEISSIG LLP
980 Madison Avenue
New York, New York 10075
Telephone: (212) 717-2900
Facsimile: (212) 717-8088
tibor@dnfllp.com

*Counsel for Defendants ConsenSys Inc., ConsenSys Fund I, L.P., ConsenSys Diligence, Inc., ConsenSys GP I, LLC, and ConsenSys Ventures LLC*