**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

BLOCKCRUSHR INC.,

                *Plaintiff*,

    v.

CONSENSYS INC., CONSENSYS FUND I, L.P., CONSENSYS DILIGENCE, INC., CONSENSYS GP I, LLC, AND CONSENSYS VENTURES LLC,

                *Defendants*.

No. 20 Civ. 03134 (FB-RLM)

**RULE 7.1 DISCLOSURE**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants ConsenSys Inc., ConsenSys Fund I, L.P., ConsenSys Diligence, Inc., ConsenSys GP I, LLC, and ConsenSys Ventures LLC (all private non-governmental parties) certifies the following as corporate parents:

ConsenSys Inc., ConsenSys GP I, LLC, and ConsenSys Diligence, Inc. are wholly owned by ConsenSys AG, a corporation organized under the laws of Switzerland.  ConsenSys AG has no parent company, and no publicly held corporation as a greater than 10% shareholder.

ConsenSys Ventures LLC is wholly owned by ConsenSys Inc. (which in turn is wholly owned by ConsenSys AG, *see supra*).

ConsenSys Fund I, L.P. is wholly owned by ConsenSys GP I, LLC (which in turn is wholly owned by ConsenSys AG, *see supra*).

- 1 -

Dated:   New York, New York
         August 5, 2020

Respectfully submitted,

       /s/
Tibor L. Nagy, Jr.
DONTZIN NAGY & FLEISSIG LLP
980 Madison Avenue
New York, New York 10075
Telephone: (212) 717-2900
Facsimile: (212) 717-8088
tibor@dnfllp.com

*Counsel for Defendants ConsenSys Inc., ConsenSys Fund I, L.P., ConsenSys Diligence, Inc., ConsenSys GP I, LLC, and ConsenSys Ventures LLC*