IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCRUSHR INC., <br><br>　　　　　　*Plaintiff*, <br><br>　　v. <br><br> CONSENSYS INC., CONSENSYS FUND I, L.P., CONSENSYS DILIGENCE, INC., CONSENSYS GP I, LLC, and CONSENSYS VENTURES LLC, <br><br>　　　　　　*Defendants*. | Case No. 20-cv-3134-FB-RLM <br><br> **NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, I, Clement Roberts, will move this Court pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for Southern and Eastern Districts of New York for an Order allowing the admission of movant, an attorney with the firm of Orrick, Herrington & Sutcliffe LLP and a member in good standing of the bar of the State of California, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Defendants Consensys Inc., Consensys Fund I, L.P., Consensys Diligence, Inc., Consensys GP I, LLC and Consensys Ventures LLC. There are no pending disciplinary proceedings against me in any State or Federal court.

Dated: September 23, 2020                    Respectfully submitted,

                                               */s/ Clement Roberts*
                                               Clement Roberts
                                               ORRICK, HERRINGTON & SUTCLIFFE LLP
                                               The Orrick Building
                                               405 Howard Street
                                               San Francisco, CA 94105
                                               415-773-5700
                                               croberts@orrick.com

                                               *Counsel for Defendants Consensys Inc., Consensys Fund I, L.P., Consensys Diligence, Inc., Consensys GP I, LLC and Consensys Ventures LLC*