IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCRUSHR INC., <br><br> *Plaintiff,* <br><br> v. <br><br> CONSENSYS INC., CONSENSYS FUND I, L.P., CONSENSYS DILIGENCE, INC., CONSENSYS GP I, LLC, and CONSENSYS VENTURES LLC, <br><br> *Defendants.* | Case No. 20-cv-3134-FB-RLM <br><br> **DECLARATION OF CLEMENT ROBERTS IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

I, Clement Roberts, declare under penalty of perjury as follows:

1. I am a partner with the law firm of Orrick, Herrington & Sutcliffe LLP.

2. I submit this declaration in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the bar of the State of California.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. My attorney registration number with State of California is 209203.

8. Wherefore I, Clement Roberts, respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned case for Defendants Consensys Inc., Consensys Fund I, L.P., Consensys Diligence, Inc., Consensys GP I, LLC and

Consensys Ventures LLC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 23, 2020

/s/ Clement Roberts
Clement Roberts
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
croberts@orrick.com

*Counsel for Defendants Consensys Inc., Consensys Fund I, L.P., Consensys Diligence, Inc., Consensys GP I, LLC and Consensys Ventures LLC*