# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCRUSHR INC., <br><br> *Plaintiff,* <br><br> v. <br><br> CONSENSYS INC., CONSENSYS FUND I, L.P., CONSENSYS DILIGENCE, INC., CONSENSYS GP I, LLC, and CONSENSYS VENTURES LLC, <br><br> *Defendants.* | Case No. 20-cv-3134-FB-RLM <br><br> **NOTICE OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, I, Laura Najemy, will move this Court pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for Southern and Eastern Districts of New York for an Order allowing the admission of movant, an attorney with the firm of Orrick, Herrington & Sutcliffe LLP and a member in good standing of the bar of the Commonwealth of Massachusetts, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Defendants Consensys Inc., Consensys Fund I, L.P., Consensys Diligence, Inc., Consensys GP I, LLC and Consensys Ventures LLC. There are no pending disciplinary proceedings against me in any State or Federal court.

Dated: September 28, 2020          Respectfully submitted,

                                             */s/ Laura Najemy*
                                             Laura B. Najemy
                                             ORRICK, HERRINGTON & SUTCLIFFE LLP
                                             222 Berkeley Street
                                             Suite 2000
                                             Boston, MA 02116
                                             617-880-1889
                                             lnajemy@orrick.com

                                             *Counsel for Defendants Consensys Inc., Consensys Fund I, L.P., Consensys Diligence, Inc., Consensys GP I, LLC and Consensys Ventures LLC*