**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLOCKCRUSHR INC., <br><br>*Plaintiff,*<br><br>v.<br><br>CONSENSYS INC., CONSENSYS FUND I, L.P., CONSENSYS DILIGENCE, INC., CONSENSYS GP I, LLC, and CONSENSYS VENTURES LLC,<br><br>*Defendants.* | Case No. 20-cv-3134-FB-RLM<br><br>**DECLARATION OF LAURA NAJEMY IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

I, Laura Najemy, declare under penalty of perjury as follows:

1. I am an associate with the law firm of Orrick, Herrington & Sutcliffe LLP.

2. I submit this declaration in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the bar of the Commonwealth of Massachusetts.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. My attorney registration number with Commonwealth of Massachusetts is 678756.

8. Wherefore I, Laura Najemy, respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned case for Defendants Consensys Inc., Consensys Fund I, L.P., Consensys Diligence, Inc., Consensys GP I, LLC and Consensys

Ventures LLC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 28, 2020

*/s/ Laura Najemy*
Laura B. Najemy
ORRICK, HERRINGTON & SUTCLIFFE LLP
222 Berkeley Street
Suite 2000
Boston, MA 02116
617-880-1889
lnajemy@orrick.com

*Counsel for Defendants Consensys Inc., Consensys Fund I, L.P., Consensys Diligence, Inc., Consensys GP I, LLC and Consensys Ventures LLC*