Case Name: <u>BlockCrushr Inc. v. ConsenSys Inc. et al</u>
Docket #: 20-cv-3134

## INITIAL CONFERENCE QUESTIONNAIRE

1.    Have the parties exchanged the automatic disclosures required by Fed. R. Civ. P. 26(a)(1)?
      <u>Yes.</u>

2.    If additional interrogatories beyond the 25 permitted under Fed. R. Civ. P. 33(a) are needed, the
      maximum *additional* ones by:  plaintiff(s) <u>0</u>  and defendant(s) <u>0</u> .

      The parties further agree that interrogatories asking for the factual basis for denials of
      requests for admission will count as a single interrogatory.

3.    Maximum number of requests for admission by:  plaintiff(s) <u>100</u> and defendant(s) <u>100</u>

      The parties further agree that requests for admission regarding admissibility are excluded from
      these totals.

4.    Number of depositions by plaintiff(s) of:  The parties agree that Plaintiff will get 10 depositions
      total, regardless of whether they are party or non-party. Plaintiff reserves the right, for good cause
      shown,  to seek additional depositions, if necessary.

5.    Number of depositions by defendant(s) of:  The parties agree that Defendants will get 10
      depositions total, regardless of whether they are party or non-party.  Defendants reserve the right,
      for good cause shown, to seek additional depositions, if necessary.

6.    Time limit per deposition (if more than 7 hours permitted by Fed. R. Civ. P. 30 (d)(1) is
      required):  The parties agree to limit depositions to 7 hours for fact witnesses and 8 hours for
      expert witnesses, except that if a witness is appearing as both a percipient witness and a 30(b)(6)
      witness the parties agree to limit the deposition to 8 hours.

7.    Date for completion of factual  discovery:  <u>Friday, May 28, 2021</u>

8.    Number of expert witnesses  of plaintiff(s): medical: <u>0</u> non-medical: <u>2</u>
                  Date for expert disclosure, including  report(s):

                      Opening Expert Reports: Friday, July 2, 2021
                      Rebuttal Expert Reports: Friday, July 30, 2021

                      The parties further agree that the party with the burden of
                      proof on the issue will submit the opening expert report.

9.    Number of expert witnesses of defendant(s): medical: _0_  non-medical: _2_
            Date for expert disclosure, including report(s):

            Opening Expert Reports: Friday, July 2, 2021
            Rebuttal Expert Reports: Friday, July 30, 2021

            The parties further agree that the party with the burden of
            proof on the issue will submit the opening expert report.

10.   Dates for completion of expert depositions (if desired): _Friday, August 27, 2021_

11.   Time for amendment of the pleadings by plaintiff(s): _N/A_ and by defendant(s): _N/A_

12.   Number of proposed additional parties to be joined by plaintiff(s): _N/A_ and
       defendant(s): _N/A_ and time for adding those parties: _N/A_

13.   Types of contemplated dispositive motions: _The parties anticipate filing motions for_
       _summary judgment._

14.   Dates for filing contemplated dispositive motions, or where applicable, requests for a
       premotion conference: _On or before Friday, September 24, 2021 the parties_
       _will request a premotion conference regarding their anticipated summary_
       _judgment motions per the Court's rules._

15.   Have counsel reached any agreements regarding electronic discovery? If so, please describe at
       the initial conference.
            The parties have discussed preparing an Electronic Storage of Information ("ESI") order and
            have agreed to work in good faith to negotiate and finalize the ESI order.

16.   Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. § 636(d)?
       (Answer "no" if any party declines to consent, without indicating which party has declined.)
       _No._

Date:  October 5, 2020                          Respectfully submitted,

                                                /s/ *Kyle Roche*
                                                Kyle W. Roche
                                                Richard R. Cipolla (admission pending)
                                                Warren Li
                                                ROCHE CYRULNIK FREEDMAN LLP
                                                99 Park Street, Suite 1910
                                                New York, New York 10016
                                                (646) 791 688

                                                *Attorneys for Plaintiff*

2

By: /s/*Tibor L. Nagy, Jr.*

Tibor L. Nagy, Jr.
**DONTZIN NAGY & FLEISSIG LLP**
980 Madison Avenue
New York, NY 10075
Tel: 212-717-2900
tibor@dnfllp.com

Clement Seth Roberts
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA 94105
(415) 773-5700
croberts@orrick.com

Laura B. Najemy
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
222 Berkeley Street, Suite 2000
Boston, MA 02116
(617) 880-1800
lnajemy@orrick.com

*Attorneys for Defendants*