| **ROANNE L. MANN**            | **DATE:** 10/7/20 |
| **UNITED STATES MAGISTRATE JUDGE** | **START:** 2:15 |
|                               | **END:** 2:50 |

**DOCKET NO:** 1:20-cv-03134-FB-RLM

**CASE:** BlockCrushr Inc. v. ConsenSys, Inc. et al

| X | INITIAL CONFERENCE | ☐ | OTHER/ORDER TO SHOW CAUSE |
| ☐ | DISCOVERY CONFERENCE | ☐ | FINAL/PRETRIAL CONFERENCE |
| ☐ | SETTLEMENT CONFERENCE | X | TELEPHONE CONFERENCE |
| ☐ | MOTION HEARING | ☐ | INFANT COMPROMISE HEARING |

**PLAINTIFF**                                          **ATTORNEY**

| BlockCrushr Inc. | Kyle William Roche; Warren Li; Richard Cipolla |

**DEFENDANT**                                         **ATTORNEY**

| ConsenSys Inc; ConsenSys Fund I, L.P.; ConsenSys Diligence, Inc.; ConsenSys GP I, LLC; ConsenSys Ventures LLC | Tibor Ludovico Nagy, Jr.; Heidi Schumann; Clement S. Roberts; Laura Brooks Najemy |

☐ **FACT DISCOVERY TO BE COMPLETED BY** May 28, 2021
☐ **SETTLEMENT CONFERENCE SCHEDULED FOR** _____
☐ **JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY** _____
☐ **PL. TO SERVE DEF. BY:** _____   **DEF. TO SERVE PL. BY:** _____

**RULINGS:   PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The Court conducts a telephonic initial conference. The deadline by which the parties may amend the pleadings and/or add new parties as of right has passed. If the parties wish to have a settlement conference or court-annexed mediation, they must request it via joint letter-motion by April 5, 2021. Fact discovery to be completed by May 28, 2021. The party with the burden of proof on a particular issue must serve its expert disclosures by July 2, 2021; rebuttal expert disclosures are due by July 30, 2021. Expert depositions shall be completed by August 27, 2021. The parties are advised that if they wish to file a dispositive motion with the district court, they must first request a pre-motion conference with Judge Block by September 13, 2021.