# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCRUSHR INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>CONSENSYS INC., CONSENSYS FUND I, L.P., CONSENSYS DILIGENCE, INC., CONSENSYS GP I, LLC, and CONSENSYS VENTURES LLC,<br><br>*Defendants.* | Case No. 20-cv-3134-FB-RLM |

## AGREEMENT REGARDING DISCOVERY OF SOURCE CODE
## [PROPOSED] ORDER

1.  PURPOSES AND LIMITATIONS

WHEREAS, BlockCrushr Inc. ("Plaintiff") and ConsenSys Inc., ConsenSys Fund I, L.P., ConsenSys Diligence, Inc., ConsenSys GP I, LLC, and ConsenSys Ventures LLC ("Defendants," and together with Plaintiff, the "Parties") entered into a Stipulated Protective Order concerning the production of source code (ECF No. 15);

WHEREAS the Court entered the Stipulated Protective order on September 21, 2020;

WHEREAS the Stipulated Protective Order originally provided for the production of source code via "inspection on a secured computer in a secured room" in New York; and

WHEREAS the Stipulated Protective Order contemplated that the parties may meet and confer if COVID-19 would prevent such production of source code;

IT IS ACCORDINGLY STIPULATED, by and through undersigned counsel for the parties, subject to the Court's approval, as follows:

1. The Parties shall be responsible for creating copies of encrypted hard drives containing

their discoverable source code as called for in a request for production or otherwise agreed to by the Parties;

2. The Parties shall ship the hard drives to any counsel or disclosed Expert or Designated House Counsel who have executed the "Acknowledge and Agreement to Be Bound" (as those terms are defined in the Stipulated Protective Order), but shall not be required to ship more than one hard drive per (1) law firm, (2) Expert, or (3) Designated House Counsel from the same Party;

3. Once a Receiving Party obtains the hard drive, it shall maintain a chain of custody and access log document identifying: (1) the date and time when a Receiving Party gained or transferred custody of the hard drive, (2) the date and time when the hard drive is moved to a new address, and (3) the date and beginning and end time when the contents of the hard drive were reviewed and by whom it was reviewed;

4. A Receiving Party may not digitally copy the contents of a hard drive, though this shall not prohibit a Receiving Party from using software or operating system features that make limited, temporary copies of the contents of the hard drive for purposes of accessing, interacting with, or printing the contents of the hard drive consistent with this Order;

5. A Receiving Party may make print outs of "limited portions of source code" for the purposes provided in Section 8(d) of the Stipulated Protective Order provided that the Receiving Party: (1) provides notice to the producing Party of the excerpted source code to be printed, (2) includes line numbers, the file path and name, and "HIGHLY CONFIDENTIAL – SOURCE CODE" confidentiality designation on each page printed, (3) includes a Bates label number on each page printed following one of the

following formats: (a) "BLOCKCRUSHR_SC_######" for Plaintiff's source code or (b) "CONSENSYS_SC_######" for Defendants' source code; and (4) produces a password-protected .pdf file of the printed source code excerpt;

6. The hard drives shall be maintained to ensure the safety and security of the information contained on the hard drives; and

7. At the conclusion of this Action, the hard drives will be returned to undersigned counsel for each Party.

Dated: February 23, 2021.

*/s/ Kyle W. Roche*

Kyle W. Roche
Richard R. Cipolla
Warren Li
**ROCHE CYRULNIK FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, New York 10016
(646) 791 6881

*Counsel to Plaintiff*

*/s/ Laura B. Najemy*

Tibor L. Nagy
Heidi Schumann
**DONTZIN NAGY & FLEISSIG LLP**
980 Madison Avenue
New York, New York 10075
(212) 717-2900
tibor@dnfllp.com

Clement Seth Roberts
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA 94105
(415) 773-5700
croberts@orrick.com

Laura B. Najemy
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
222 Berkeley Street, Suite 2000
Boston, MA 02116
(617) 880-1800
lnajemy@orrick.com

*Counsel to Defendants*

**ORDER**

Based on the foregoing, it is

SO ORDERED, this ____ day of _____, 2021.

_____

Roanne L. Mann, United States Magistrate Judge