**By ECF**  May 10, 2021
Hon. Roanne Mann
United States District Court (E.D.N.Y.)
Brooklyn, New York

        Re:    BlockCrushr Inc. v. Consensys Inc. et al, 20-cv-3134 (FB)

Dear Judge Mann:

        BlockCrushr Inc. d/b/a Groundhog ("Plaintiff") and Defendants ConsenSys Inc., ConsenSys Fund I, L.P., ConsenSys Diligence, Inc., ConsenSys GP I, LLC, and ConsenSys Ventures LLC (collectively "Defendants" and together with Plaintiff the "Parties") by and through their undersigned counsel, hereby write pursuant to the Court's April 26, 2021 Order to inform the Court that the Parties have selected Judge Scheindlin as their mediator.  The parties have agreed that the mediation will take place in August and are working to finalize a date that works for all parties' schedules.

                              Respectfully,

*/s/ Tibor L. Nagy*                                                     */s/ Kyle Roche*
Tibor L. Nagy                                                              Kyle Roche
DONTZIN NAGY & FLEISSIG LLP               ROCHE CYRULNIK FREEDMAN LLP
980 Madison Avenue                                       99 Park Avenue, Suite 1910
New York, New York 10075                            New York, New York 10016
(212)717-2900                                                        T: (646) 970-7509
tibor@dnfllp.com                                                    kroche@rcfllp.com