## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCRUSHR INC.,<br><br>Plaintiff,<br><br>v.<br><br>CONSENSYS INC., CONSENSYS FUND I, L.P.,<br>CONSENSYS DILIGENCE, INC., CONSENSYS<br>GP I, LLC, AND CONSENSYS VENTURES LLC,<br><br>Defendants. | No. 1:20-cv-03134-FB-MMH |

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against any party, with each party to bear its own attorney's fees and costs.

Dated: July 27, 2021

STIPULATED AND AGREED TO BY:

/s/ Kyle W. Roche
Kyle W. Roche
Richard R. Cipolla
Warren Li
**ROCHE FREEDMAN LLP**
99 Park Street, Suite 1910
New York, New York 10016
(646) 791 6881
kyle@rcfllp.com
rcipolla@rcfllp.com
wli@rcfllp.com

*Attorneys for Plaintiff BlockCrushr Inc.*

/s/ Tibor L. Nagy, Jr.
Tibor L. Nagy, Jr.
**DONTZIN NAGY & FLEISSIG LLP**
980 Madison Avenue
New York, New York 10075
(212) 717 2900
tibor@dnfllp.com

*Attorney for Defendants Consensys Inc,*
*Consensys Fund I, L.P., Consensys Diligence,*
*Inc., Consensys GP I, LLC, and Consensys*
*Ventures LLC*